**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:16-CV-20422-JAL**

JOSE QUINTANA,

Plaintiff,

vs.

M&T BANK CORPORATION,

Defendant.

_________________________________________/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, JOSE QUINTANA, by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully Submitted,

*/s/ Michael A. Citron*
Michael A. Citron, Esq.
Florida Bar No. 105083
E-mail: Michael@Fight13.com
LOAN LAWYERS, LLC
*Attorneys for Plaintiff*
2150 S. Andrews Ave, 2nd Floor
Fort Lauderdale, FL 33316
Telephone: (954) 523-4357
Facsimile: (954) 581-2786

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on August 10, 2016 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

Alexis Fields, Esq.
Kopelowitz Ostrow, P.A.
One West Las Ols Blvd, Suite 500
Fort Lauderdale, FL 33301
Counsel for Defendant
Service by CM/ECF

LOAN LAWYERS, LLC
*Attorneys for Plaintiff*
2150 S. Andrews Ave, 2nd Floor
Fort Lauderdale, FL 33316
Telephone: (954) 523-4357
Facsimile: (954) 581-2786

By: *_/s/ Michael A. Citron_*
Michael A. Citron, Esq.
Florida Bar No. 105083